*Law Office of*
*Francisco E. Celedonio, Esq.*
*401 Broadway, Suite 2510*
*New York, New York 10013*

(212) 219-7533

*Fax (212) 219-4094*

October 10, 2005

**VIA FAX TRANSMISSION**
Honorable Frederick Block
United States District Judge
United States District Court
225 Cadman Plaza East,
Brooklyn, New York 11201

> WITH THE CONSENT OF THE GOVERNMENT & PTS, THE APPLICATION TO TRAVEL ON 10/14 — 16/05 IS GRANTED
> SO ORDERED
> [signature] 10/11/05

Re: *United States v. David Wray*
04 Cr. 713 (FB)

Dear Judge Block:

    As the Court may be aware, the above-named defendant was released, in September of 2004, on the following agreed-to bail package endorsed by the the magistrate court: (i) a PRB in the amount of $500,000; (ii) $10,000 in cash; (iii) the signatures of eight (8) sureties approved by the magistrate court; and (iv) confession of judgment as to three separate properties owned by the defendant and his wife, who is also a surety on the bond. Mr. Wray lives in Baltimore, Maryland and is not permitted to travel out of that jurisdiction without court approval. Mr. Wray remains fully employed in his painting business and has complied with all conditions of his bail throughout the pendency of this case.

    I am addressing the Court seeking permission for Mr. Wray to drive to the University of Connecticut, in Storrs Connecticut, to assist his daughter who recently began a course of study at Central Connecticut University. The travel will be limited to October 14-16, 2005.

I am informed, by AUSA Adam Abenson, that the government consents to this application; similarly, I am informed that pre-trial services (in Baltimore, where Mr. Wray is being supervised) also does not oppose this application.

I appreciate the Court's attention to this request.

Respectfully Submitted,

Francisco E. Celedonio, Esq.

cc: AUSA Adam Abenson